1605 McCormick v. The United States Department of Treasury. 1607 McCormick v. The United States Department of Treasury. 1608 McCormick v. The United States Department of Treasury. 1608 McCormick v. The United States Department of Treasury. 1608 McCormick v. The United States Department of Treasury. 1609 McCormick v. The United States Department of Treasury. 1609 McCormick v. The United States Department of Treasury. 1613 McCormick v. The United States Department of Treasury. 1614 McCormick v. The United States Department of Treasury. 1615 McCormick v. The United States Department of Treasury. 1617 McCormick v. The United States Department of Treasury. 1618 McCormick v. The United States Department of Treasury. 1619 McCormick v. The United States Department of Treasury. 1620 McCormick v. The United States Department of Treasury. 1621 McCormick v. The United States Department of Treasury. 1622 McCormick v. The United States Department of Treasury. 1623 McCormick v. The United States Department of Treasury. 1624 McCormick v. The United States Department of Treasury. 1625 McCormick v. The United States Department of Treasury. 1627 McCormick v. The United States Department of Treasury. 1628 McCormick v. The United States Department of Treasury. 1632 McCormick v. The United States Department of Treasury. 1633 McCormick v. The United States Department of Treasury. 1634 McCormick v. The United States Department of Treasury. 1635 McCormick v. The United States Department of Treasury. 1636 McCormick v. The United States Department of Treasury. 1637 McCormick v. The United States Department of Treasury. 1639 McCormick v. The United States Department of Treasury. 1640 McCormick v. The United States Department of Treasury. 1641 McCormick v. The United States Department of Treasury. 1642 McCormick v. The United States Department of Treasury. 1643 McCormick v. The United States Department of Treasury. 1644 McCormick v. The United States Department of Treasury. 1645 McCormick v. The United States Department of Treasury. 1646 McCormick v. The United States Department of Treasury. 1647 McCormick v. The United States Department of Treasury. 1648 McCormick v. The United States Department of Treasury. 1649 McCormick v. The United States Department of Treasury. 1650 McCormick v. The United States Department of Treasury. 1651 McCormick v. The United States Department of Treasury. 1652 McCormick v. The United States Department of Treasury. 1653 McCormick v. The United States Department of Treasury. 1654 McCormick v. The United States Department of Treasury. 1655 McCormick v. The United States Department of Treasury. 1666 McCormick v. The United States Department of Treasury. 1667 McCormick v. The United States Department of Treasury. 1668 McCormick v. The United States Department of Treasury. 1669 McCormick v. The United States Department of Treasury. 1670 McCormick v. The United States Department of Treasury. 1671 McCormick v. The United States Department of Treasury. 1672 McCormick v. The United States Department of Treasury. 1673 McCormick v. The United States Department of Treasury. 1674 McCormick v. The United States Department of Treasury. 1675 McCormick v. The United States Department of Treasury. 1676 McCormick v. The United States Department of Treasury. 1678 McCormick v. The United States Department of Treasury. 1679 McCormick v. The United States Department of Treasury. 1680 McCormick v. The United States Department of Treasury. 1682